Priority ✓
Send _____
Enter _____
Closed _____
JS-5/JS-6 ✓
JS-2/JS-3 _____
Scan Only _____

FILED
CLERK, U.S. DISTRICT COURT

JUL - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADY ARMSTRONG,<br><br>          Petitioner,<br><br>        v.<br><br>A. HEDGPETH,<br><br>          Respondent. | Case No. CV 08-1511 CJC(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: _July 8, 2008_

_____
HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE